IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00004-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RASHARD WILSON | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's motion for a second continuance of the trial of this case, currently scheduled during the April 3, 2017, criminal trial term. (Doc. No. 14).

The grand jury indicted the defendant on January 10, 2017, (Doc. No. 3), and the defendant was arraigned on January 26, 2017. A magistrate judge set the case for trial during the January 2017 term, and ordered the government to provide required discovery within ten days, (Scheduling and Discovery Orders, Jan. 26, 2017). This Court granted counsel's motion to continue the case until the April term. (Doc. No. 14: Motion; Doc. No. 15: Order). Counsel filed a motion for a second continuance on March 7, 2017, stating that he has received no discovery from the government. (Doc. No. 14: Motion at 1).

**IT IS, THEREFORE, ORDERED** that on or before March 17, 2017, the government shall file a response to the defendant's motion, including the allegation that he "has not received any discovery." The government shall specifically address whether all information required to be disclosed has been made available or provided to the defendant, and, if not, why not and the expected schedule for its provision. If an evidentiary hearing is necessary to resolve the motion to continue, the parties will be notified by separate order.

Signed: March 8, 2017

Robert J. Conrad, Jr.
United States District Judge