UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| (1) RASHARD WILSON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Alternate Victim Notification Procedures, pursuant to 18 U.S.C. § 3771(d)(2). (Doc. No. 19).

The Court finds that the number of victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the victims the rights described in 18 U.S.C. § 3771(a). The Court further finds that the Government's proposed publication via the internet is a reasonable procedure to satisfy 18 U.S.C. § 3771.

**IT IS, THEREFORE, ORDERED** that the Government's Unopposed Motion for Alternative Victim Notification Procedures, (Doc. No. 19), GRANTED and the Government may provide notice as detailed in the motion.

Signed: October 16, 2017

Robert J. Conrad, Jr.
United States District Judge